

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2015

No. 04-15-00457-CV

**IN RE E.K.C.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02397
Honorable Richard Garcia, Judge Presiding

# O R D E R

The Motion for Extension of Time to file Appellant's Brief is GRANTED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court